FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FEB 10 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

DEPUTY

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:20-CR-00047(15)-RP |
| | § | |
| (15) Brandon Grigsby | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  November 3, 2025

the United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (15) Brandon Grigsby, which alleged that Grigsby

violated a condition of his supervised release and recommended that Grigsby 's supervised

release be revoked (Clerk's  Document No. 749).  A warrant issued and Grigsby was

arrested.  On January 22, 2026, Grigsby appeared before a United States Magistrate Judge,

was ordered detained, and a revocation of supervised release hearing was set..

Grigsby appeared before the magistrate judge on February 4, 2026, waived his right to

a preliminary hearing and to be present before the United States District Judge at the time of

modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

February 4, 2026, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Grigsby, the magistrate judge recommends that this court revoke

Grigsby supervised release and that Grigsby be sentenced to imprisonment for 5months,

with a term of 30 months of supervised release to follow the term of imprisonment (Clerk's Document No. 762).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n*, 79 F.3d1415 (5th Cir. 1996) *(en banc)*. The parties in this cause were properly notified of the consequences of a failure to file objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 762 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant Brandon Grigsby 'sterm of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant Brandon Grigsby be imprisoned for 5 months with a term of supervised release of 30 months to follow the term of imprisonment. All prior conditions of supervised release are reimposed. Additionally the defendant shall participate in, and successfully complete, an inpatient substance abuse treatment program and follow the rules and

regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. Defendant shall pay the costs of such treatment if financially able.

Signed this _____ day of February, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE